UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

VERA M. WALKER                                                                              PLAINTIFF

VS.                                                          CIVIL ACTION NO. 3:09cv2-DPJ-JCS

EAST CENTRAL PLANNING & DEVELOPMENT
DISTRICT, INC.                                                                              DEFENDANT

## **FINAL JUDGMENT**

For the reasons given in the Order granting Defendant's motion for summary judgment, entered in this case on this date, the Court hereby enters a judgment, pursuant to Rule 58 of the Federal Rules of Civil Procedure, in favor of Defendant and against Plaintiff.

ACCORDINGLY, IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice.

**SO ORDERED** this the 11th day of January, 2010.

                                           s/ *Daniel P. Jordan III*
                                           UNITED STATES DISTRICT JUDGE